**Order entered April 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00471-CV

## IN RE TEN HAGEN EXCAVATING, Relator

**Original Proceeding from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-11-00454-A**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus.   We **ORDER** that relator bear the costs of this original proceeding.


/s/     ROBERT M. FILLMORE
JUSTICE